## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **FIRST CLASS TITLE** | * |
|     **Plaintiff,** | * |
| v. | *   **CIVIL ACTION NO.:** |
| **RLI INSURANCE COMPANY** | * |
|     **Defendant.** | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## NOTICE OF REMOVAL

Petitioner/Defendant, RLI Insurance Company, (hereinafter referred to as "Defendant"), by its undersigned attorneys, pursuant to 28 U.S.C. §1441 *et. seq.*, files this Notice of Removal of this action from the Circuit Court for Montgomery County, Maryland, in which it is now pending, to the United States District Court for the District of Maryland, and in support thereof respectfully avers as follows:

1. Defendant was originally named as a Defendant in a suit filed in the Circuit Court for Montgomery County, Case No.: C-15-CV-22000345, which was filed on January 21, 2022.

2. Petitioner/Defendant was originally served on February 7, 2022.

3. Plaintiff is a corporation with its principal office located in Maryland.

4. Defendant is a corporation with its principal office located in Illinois.

5. The above-entitled action is one in which this Court has original jurisdiction pursuant to Title 28 U.S.C. §1331, and Title 28 U.S.C. §1332. Petitioner seeks to remove this action to this Court under Title 28 U.S.C. §1441.

6. Filed herewith are copies of the Line for Writ of Summons for Defendant (**Exhibit A**); Plaintiff's Complaint (**Exhibit B**); and Defendant's Answer to the Complaint filed March 2, 2022 (**Exhibit C**).

7. The above-captioned action is a breach of contract action in which the Plaintiff demands a declaratory judgment against Defendant.

8. Petitioner/Defendant is entitled to removal because there is complete diversity of citizenship between the Plaintiff and Defendant and the amount in controversy exceeds $75,000. Plaintiff is a corporation with its principal office located in Maryland. Defendant is a corporation with its principal office located in Illinois. The Plaintiff's Complaint seeks a declaratory judgment, reimbursement, money judgment and costs, expenses and attorneys' fees that exceeds $75,000.00 in damages.

WHEREFORE, Petitioner/Defendant, RLI Insurance Company, respectfully requests that the above-captioned action be removed from the Circuit Court for Montgomery County, Maryland to the United States District Court for the District of Maryland.

Respectfully submitted,

_____/s/_____
Andrew T. Stephenson (26504)
FRANKLIN & PROKOPIK, P.C.
2 N. Charles Street, Suite 600
Baltimore, MD 21201
(410) 230-3638 telephone
(410) 752-6868 facsimile
astephenson@fandpnet.com

/s/
Jessica D. Corace (29828)
FRANKLIN & PROKOPIK, P.C.
2 N. Charles Street, Suite 600
Baltimore, MD 21201
(410) 230-3638 telephone
(410) 752-6868 facsimile
jcorace@fandpnet.com
*Attorneys for Defendant RLI Insurance Company*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY, that on this 2nd day of March 2022 a copy of Defendant's Notice of Removal was filed electronically through the Court's ECF system and mailed, first-class mail, postage prepaid to:

Roy Niedermayer, Esquire
Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chtd.
4800 Hampden Lane, 6th Floor
Bethesda, Maryland 20814
rniedermayer@paleyrothman.com
*Attorneys for Plaintiff*

/s/
Jessica D. Corace