IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND
(City or County)

## CIVIL - NON-DOMESTIC CASE INFORMATION REPORT

### DIRECTIONS

*Plaintiff*: This Information Report must be completed and attached to the complaint filed with the Clerk of Court unless your case is exempted from the requirement by the Chief Judge of the Court of Appeals pursuant to Rule 2-111(a).

*Defendant*: You must file an Information Report as required by Rule 2-323(h).

***THIS INFORMATION REPORT CANNOT BE ACCEPTED AS A PLEADING***

**FORM FILED BY:** ☒PLAINTIFF  ☐DEFENDANT   CASE NUMBER_____ (Clerk to insert)

**CASE NAME:** First Class Title, Inc. (Plaintiff) vs. RLI Insurance Company (Defendant)

**PARTY'S NAME:** First Class Title, Inc.   PHONE:

**PARTY'S ADDRESS:** 1803 Research Boulevard, Suite 512, Bethesda, MD 20814

**PARTY'S E-MAIL:**

**If represented by an attorney:**

**PARTY'S ATTORNEY'S NAME:** Roy I. Niedermayer   PHONE: (301) 951-4456

**PARTY'S ATTORNEY'S ADDRESS:** 4800 Hampden Lane, 6th Floor, Bethesda, MD 20814

**PARTY'S ATTORNEY'S E-MAIL:** rniedermayer@paleyrothman

**JURY DEMAND?** ☐Yes ☒No

**RELATED CASE PENDING?** ☐Yes ☐No  If yes, Case #(s), if known:_____

**ANTICIPATED LENGTH OF TRIAL?:** ____hours ____days

### PLEADING TYPE

**New Case:**  ☒Original   ☐Administrative Appeal   ☐Appeal
**Existing Case:** ☐Post-Judgment  ☐Amendment
*If filing in an existing case*, skip Case Category/ Subcategory section - go to Relief section.

### IF NEW CASE: CASE CATEGORY/SUBCATEGORY (Check one box.)

**TORTS**
- ☐ Asbestos
- ☐ Assault and Battery
- ☐ Business and Commercial
- ☐ Conspiracy
- ☐ Conversion
- ☐ Defamation
- ☐ False Arrest/Imprisonment
- ☐ Fraud
- ☐ Lead Paint - DOB of Youngest Plt:____
- ☐ Loss of Consortium
- ☐ Malicious Prosecution
- ☐ Malpractice-Medical
- ☐ Malpractice-Professional
- ☐ Misrepresentation
- ☐ Motor Tort
- ☐ Negligence
- ☐ Nuisance
- ☐ Premises Liability
- ☐ Product Liability
- ☐ Specific Performance
- ☐ Toxic Tort
- ☐ Trespass
- ☐ Wrongful Death

**CONTRACT**
- ☐ Asbestos
- ☐ Breach
- ☐ Business and Commercial
- ☐ Confessed Judgment (Cont'd)
- ☐ Construction
- ☐ Debt
- ☐ Fraud

- ☐ Government
- ☒ Insurance
- ☐ Product Liability

**PROPERTY**
- ☐ Adverse Possession
- ☐ Breach of Lease
- ☐ Detinue
- ☐ Distress/Distrain
- ☐ Ejectment
- ☐ Forcible Entry/Detainer
- ☐ Foreclosure
  - ☐ Commercial
  - ☐ Residential
  - ☐ Currency or Vehicle
  - ☐ Deed of Trust
  - ☐ Land Installments
  - ☐ Lien
  - ☐ Mortgage
  - ☐ Right of Redemption
  - ☐ Statement Condo
- ☐ Forfeiture of Property / Personal Item
- ☐ Fraudulent Conveyance
- ☐ Landlord-Tenant
- ☐ Lis Pendens
- ☐ Mechanic's Lien
- ☐ Ownership
- ☐ Partition/Sale in Lieu
- ☐ Quiet Title
- ☐ Rent Escrow
- ☐ Return of Seized Property
- ☐ Right of Redemption
- ☐ Tenant Holding Over

**PUBLIC LAW**
- ☐ Attorney Grievance
- ☐ Bond Forfeiture Remission
- ☐ Civil Rights
- ☐ County/Mncpl Code/Ord
- ☐ Election Law
- ☐ Eminent Domain/Condemn.
- ☐ Environment
- ☐ Error Coram Nobis
- ☐ Habeas Corpus
- ☐ Mandamus
- ☐ Prisoner Rights
- ☐ Public Info. Act Records
- ☐ Quarantine/Isolation
- ☐ Writ of Certiorari

**EMPLOYMENT**
- ☐ ADA
- ☐ Conspiracy
- ☐ EEO/HR
- ☐ FLSA
- ☐ FMLA
- ☐ Workers' Compensation
- ☐ Wrongful Termination

**INDEPENDENT PROCEEDINGS**
- ☐ Assumption of Jurisdiction
- ☐ Authorized Sale
- ☐ Attorney Appointment
- ☐ Body Attachment Issuance
- ☐ Commission Issuance

- ☐ Constructive Trust
- ☐ Contempt
- ☐ Deposition Notice
- ☐ Dist Ct Mtn Appeal
- ☐ Financial
- ☐ Grand Jury/Petit Jury
- ☐ Miscellaneous
- ☐ Perpetuate Testimony/Evidence
- ☐ Prod. of Documents Req.
- ☐ Receivership
- ☐ Sentence Transfer
- ☐ Set Aside Deed
- ☐ Special Adm. - Atty
- ☐ Subpoena Issue/Quash
- ☐ Trust Established
- ☐ Trustee Substitution/Removal
- ☐ Witness Appearance-Compel

**PEACE ORDER**
- ☐ Peace Order

**EQUITY**
- ☐ Declaratory Judgment
- ☐ Equitable Relief
- ☐ Injunctive Relief
- ☐ Mandamus

**OTHER**
- ☐ Accounting
- ☐ Friendly Suit
- ☐ Grantor in Possession
- ☐ Maryland Insurance Administration
- ☐ Miscellaneous
- ☐ Specific Transaction
- ☐ Structured

EXHIBIT B

| IF NEW OR EXISTING CASE: RELIEF (Check All that Apply) |
|---|

☐ Abatement             ☐ Earnings Withholding       ☐ Judgment-Interest         ☐ Return of Property
☐ Administrative Action ☐ Enrollment                 ☐ Judgment-Summary          ☐ Sale of Property
☐ Appointment of Receiver ☐ Expungement              ☐ Liability                 ☐ Specific Performance
☐ Arbitration           ☐ Findings of Fact           ☐ Oral Examination          ☐ Writ-Error Coram Nobis
☐ Asset Determination   ☐ Foreclosure                ☐ Order                     ☐ Writ-Execution
☐ Attachment b/f Judgment ☐ Injunction               ☐ Ownership of Property     ☐ Writ-Garnish Property
☐ Cease & Desist Order  ☐ Judgment-Affidavit         ☐ Partition of Property     ☐ Writ-Garnish Wages
☐ Condemn Bldg          ☐ Judgment-Attorney Fees     ☐ Peace Order               ☐ Writ-Habeas Corpus
☐ Contempt              ☐ Judgment-Confessed         ☐ Possession                ☐ Writ-Mandamus
☐ Court Costs/Fees      ☐ Judgment-Consent           ☐ Production of Records     ☐ Writ-Possession
☐ Damages-Compensatory  ☒ Judgment-Declaratory       ☐ Quarantine/Isolation Order
☐ Damages-Punitive      ☐ Judgment-Default           ☐ Reinstatement of Employment

*If you indicated **Liability** above*, mark one of the following. This information is <u>not</u> an admission and may not be used for any purpose other than Track Assignment.

☐ Liability is conceded.   ☐ Liability is not conceded, but is not seriously in dispute.   ☒ Liability is seriously in dispute.

| MONETARY DAMAGES (Do not include Attorney's Fees, Interest, or Court Costs) |
|---|

☐ Under $10,000     ☐ $10,000 - $30,000     ☐ $30,000 - $100,000     ☐ Over $100,000

☐ Medical Bills $_____     ☐ Wage Loss $_____     ☐ Property Damages $_____

| ALTERNATIVE DISPUTE RESOLUTION INFORMATION |
|---|

Is this case appropriate for referral to an ADR process under Md. Rule 17-101? (Check all that apply)
A. Mediation     ☐ Yes   ☒ No              C. Settlement Conference   ☒ Yes   ☐ No
B. Arbitration   ☐ Yes   ☒ No              D. Neutral Evaluation      ☐ Yes   ☒ No

| SPECIAL REQUIREMENTS |
|---|

☐ If a Spoken Language Interpreter is needed, **check here and attach form CC-DC-041**

☐ If you require an accommodation for a disability under the Americans with Disabilities Act, **check here and attach form CC-DC-049**

| ESTIMATED LENGTH OF TRIAL |
|---|

*With the exception of Baltimore County and Baltimore City, please fill in the estimated **LENGTH OF TRIAL**.*     *(Case will be tracked accordingly)*

☒ 1/2 day of trial or less          ☐ 3 days of trial time
☐ 1 day of trial time               ☐ More than 3 days of trial time
☐ 2 days of trial time

| BUSINESS AND TECHNOLOGY CASE MANAGEMENT PROGRAM |
|---|

*For all jurisdictions, if Business and Technology track designation under Md. Rule 16-308 is requested, attach a duplicate copy of complaint and check one of the tracks below.*

☒ **Expedited-** Trial within 7 months of Defendant's response          ☐ **Standard** - Trial within 18 months of Defendant's response

| EMERGENCY RELIEF REQUESTED |
|---|

## COMPLEX SCIENCE AND/OR TECHNOLOGICAL CASE MANAGEMENT PROGRAM (ASTAR)

*FOR PURPOSES OF POSSIBLE SPECIAL ASSIGNMENT TO ASTAR RESOURCES JUDGES under Md. Rule 16-302, attach a duplicate copy of complaint and check whether assignment to an ASTAR is requested.*

☐ **Expedited** - Trial within 7 months of Defendant's response

☐ **Standard** - Trial within 18 months of Defendant's response

*IF YOU ARE FILING YOUR COMPLAINT IN BALTIMORE CITY, OR BALTIMORE COUNTY, PLEASE FILL OUT THE APPROPRIATE BOX BELOW.*

### CIRCUIT COURT FOR BALTIMORE CITY (CHECK ONLY ONE)

| | | |
|---|---|---|
| ☐ | Expedited | Trial 60 to 120 days from notice. Non-jury matters. |
| ☐ | Civil-Short | Trial 210 days from first answer. |
| ☐ | Civil-Standard | Trial 360 days from first answer. |
| ☐ | Custom | Scheduling order entered by individual judge. |
| ☐ | Asbestos | Special scheduling order. |
| ☐ | Lead Paint | Fill in: Birth Date of youngest plaintiff_____. |
| ☐ | Tax Sale Foreclosures | Special scheduling order. |
| ☐ | Mortgage Foreclosures | No scheduling order. |

### CIRCUIT COURT FOR BALTIMORE COUNTY

| | |
|---|---|
| ☐ Expedited (Trial Date-90 days) | Attachment Before Judgment, Declaratory Judgment (Simple), Administrative Appeals, District Court Appeals and Jury Trial Prayers, Guardianship, Injunction, Mandamus. |
| ☐ Standard (Trial Date-240 days) | Condemnation, Confessed Judgments (Vacated), Contract, Employment Related Cases, Fraud and Misrepresentation, International Tort, Motor Tort, Other Personal Injury, Workers' Compensation Cases. |
| ☐ Extended Standard (Trial Date-345 days) | Asbestos, Lender Liability, Professional Malpractice, Serious Motor Tort or Personal Injury Cases (medical expenses and wage loss of $100,000, expert and out-of-state witnesses (parties), and trial of five or more days), State Insolvency. |
| ☐ Complex (Trial Date-450 days) | Class Actions, Designated Toxic Tort, Major Construction Contracts, Major Product Liabilities, Other Complex Cases. |

| | |
|---|---|
| January 21, 2022 | /s/ Roy Niedermayer |
| Date | Signature of Counsel / Party |
| 4800 Hampden Lane, 6th Floor | Roy I. Niedermayer |
| Address | Printed Name |
| Bethesda        MD        20814 | |
| City        State        Zip Code | |

## IN THE CIRCUIT COURT FOR MONTGOMERY COUNTY, MARYLAND

FIRST CLASS TITLE, INC. )
1803 Research Boulevard )
Suite 512 )
Bethesda, MD 20814 )
)
                     Plaintiff, )
)
v.                                       ) Case No. _____
)
RLI INSURANCE COMPANY )
9025 North Lindbergh Drive )
Peoria, IL 61615 )
)
   Serve: Maryland Insurance Commissioner )
   Maryland Insurance Administration )
   200 St. Paul Place, Suite 2700 )
   Baltimore, MD 21202 )
)
                     Defendant. )

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff, First Class Title, Inc. ("Insured"), through its undersigned attorneys, Roy I. Niedermayer, Esquire, and Paley, Rothman, Goldstein, Rosenberg, Eig & Cooper, Chartered, and sues RLI Insurance Company (collectively the "Insurer"), as set forth below, for a declaratory judgment as follows.

## NATURE OF THIS ACTION

1. Insured brings this action for a declaration that the Insurer has a duty to defend Insured in an action pending in the United States District Court for the District of Columbia arising from the Insured performance of actions within the coverage of the Insurer's policy issued to the Insured and in full force and effect at the time of the claims against the Insured, but for which the Insurer has refused to provide Insured a defense and breached its duty to defend the Insured under the insurance policy.



PALEY ROTHMAN
ATTORNEYS AT LAW
4800 HAMPDEN LANE
6TH FLOOR
BETHESDA, MD 20814
301-656-7603
301-654-7354 fax
www.paleyrothman.com

## PARTIES

2. Insured is a Maryland corporation engaged in the business of providing settlement and title services related to real estate transactions with its principal place of business located at 1803 Research Boulevard, Suite 512, Rockville, MD 20814.

3. Insurer is an Illinois corporation, qualified to do business in the State of Maryland, in the business of providing liability insurance for businesses in the State of Maryland.

## JURISDICTION & VENUE

4. This Court has subject matter jurisdiction over this action because the amount in controversy exceeds $30,000.

5. This Court has personal jurisdiction under Md. Code Ann., Courts and Judicial Proceedings, §§ 6-102 and 6-103.

6. The Court has the authority to enter a declaratory judgment pursuant to Md. Cts. & Jud. Proc. Code Ann. §3- 406.

7. Venue is proper in this Court under Md. Code. Ann., Courts and Judicial Proceedings, §§ 6-201 because the engagement, contracts, performance of services and breach occurred in Montgomery County, Maryland.

## STATEMENT OF CLAIM FOR DECLARATORY JUDGMENT
### (Breach of Contract)

8. Insurer issued a policy of professional liability insurance, No. RTP0021009 and titled "Target Professionals -- Miscellaneous Professional Liability Policy" (the "Policy") to Insured for claims made against Insured during a policy coverage period from 12:01 A.M. on January 4, 2021 to 12:01 A.M. on January 4, 2022 local time.

9. The Policy provides coverage for "ONLY THOSE CLAIMS FIRST MADE AGAINST THE INSURED DURING THE POLICY PERIOD AND FIRST REPORTED TO THE INSURER DURING THE POLICY PERIOD."

10. The Policy also provided in paragraph 3 that, for claims made against the Insured, the Insurer "has the right and duty to defend any Claim to which this insurance applies . . . even if the allegations of the Claim are groundless, false or fraudulent."

11. On or about November 3, 2021, a claim was made against the Insured when the Insured was named as a defendant in an action in the United States District Court for the District of Maryland, Case No. 1:21-cv-02876-RJL entitled *Tracy George v. Allen Martin Ventures, LLC* (the "Action").

12. Paragraph 5 of the complaint in the Action avers the following about the Insured:

> This Defendant is the Title Company receiving funds in escrow from Plaintiff, drafting several of the documents at issue in this case, acting as a fiduciary to Plaintiff and disbursing funds in an unauthorized manner to other Defendants.

13. The complaint in the Action further avers in paragraph 47 that:

> Defendant . . . First Class Title . . . received the Principal Loan Amount into its escrow account in connection with the purchase of the [real] Property.

14. The complaint in the Action further avers in paragraph 48 that:

> Defendant First Class Title . . . failed to ensure the payoff of pre-existing deeds of trust at closing so that Plaintiff's loan would have had the most senior priority.

15. The actions described in the portions of the complaint referenced in paragraphs 12-14, *supra*, are the nature and type of services regularly performed by title settlement companies and agents in the ordinary course of business and which were performed by Insured in its regular and customary business activities.

16. The actions described in the portions of the complaint referenced in paragraphs 12-14, *supra* constitute assertion of claims against the Insured for damages and other relief (the "Claims").

17. In 2021, the Insured timely notified the Insurer about the Action and the Claims.

18. The Claims were made and arose during the period of insurance coverage of the Policy.

19. The Insured tendered the Claims and the Action to the Insurer for the provision of counsel and a defense pursuant to the obligations of the Insurer under the terms of the Policy.

20. The Insurer denied coverage under the Policy for the Claims and refused to provide counsel and a defense to the Insured.

21. The Insured has been caused to engage its own counsel and provide a defense to the Action and the Claims.

22. The Insured has incurred costs and legal fees and continues to incur costs and legal fees due to the failure of the Insurer to provide a defense at the expense of Insurer.

23. An actual controversy exists between the Insurer and the Insured over the duty of the Insurer to provide counsel and a defense to the Insured under the Policy.

24. An actual controversy exists between the Insurer and the Insured over the duty of the Insurer to indemnify the Insured for losses due to the Claims under the terms of the Policy.

25. The Insurer and Insured have antagonistic claims which indicate imminent and inevitable litigation.

26.     The Insured asserts a legal relation, status, right, or privilege which is denied by the Insurer.

27.     The matters, claims and disputes set forth herein constitute a present and actual controversy between the Insurer and Insured concerning their rights and about which declaratory relief will resolve the dispute.

WHEREFORE, First Class Title, Inc. respectfully requests that this Honorable Court:

A.      Enter a declaratory judgment in favor of Insured and against the Insurer declaring that the Insurer has a duty to defend the Insured in the Action and against the Claims in accordance with the terms of the Policy;

B.      Enter a declaratory judgment in favor of Insured and against the Insurer declaring that the Insurer must reimburse the Insured for legal fees and costs incurred by the Insured in the defense of the Action until the Insurer provides counsel and a defense;

C.      Enter a money judgment against Insurer in the amount of the reasonable attorney's fees and costs incurred by the Insured in the defense of the Action until the date when the Insurer assumed the defense of the Insured;

D.      Award Insured its costs, expenses and reasonable attorneys' fees arising from the filing of this action to which the Insured is permitted by Maryland law; and

E. Award the Insured such other and further relief as might be necessary just and equitable including further declarations of rights as requested.

Respectfully Submitted,

PALEY, ROTHMAN, GOLDSTEIN
ROSENBERG, EIG & COOPER, CHTD.

By: _____
Roy Niedermayer  CPF# 7212010188

4800 Hampden Lane, 6th Floor
Bethesda, Maryland 20814
Telephone: (301) 951-4456
Facsimile: (301) 654-7354
rniedermayer@paleyrothman.com

*Counsel for First Class Title, Inc.*