## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| FIRST CLASS TITLE, INC. | ) |
| *Plaintiff*, | ) |
| v. | ) Case No. 8:22-cv-00503-PX |
| RLI INSURANCE COMPANY | ) |
| *Defendants.* | ) |

## JOINT STIPULATION OF DISMISSAL

Plaintiff First Class Title, Inc. ("First Class Title") and Defendant RLI Insurance Company ("RLI") (collectively the "Parties"), by and through their undersigned attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that the above-styled action and all claims set forth in Plaintiff's Complaint against Defendant in the above-styled action shall be dismissed **without prejudice**.  Each party shall bear their own attorney fees and costs (if any) incurred to date.

Respectfully Submitted,

PALEY, ROTHMAN, GOLDSTEIN,
ROSENBERG, EIG & COOPER,
CHARTERED

By: /s/ Jessica B. Summers
    Roy Niedermayer, Bar No. 3122
    Jessica B. Summers, Bar No. 20165
4800 Hampden Lane, 6th Floor
Bethesda, Maryland  20814
Telephone:    (301) 968-3402
Facsimile:    (301) 654-7354
rneidermayer@paleyrothman.com
jsummers@paleyrothman.com
*Attorneys for Plaintiff*

FRANKLIN & PROKOPIK, P.C.

By: /s/ Jessica D. Corace
    Andrew T. Stephenson, Bar No. 26504
    Jessica D. Corace, Bar No. 29828
2 N. Charles Street, Suite 600
Baltimore, MD 21201
Telephone:    (410) 230-3638
Facsimile:    (410) 752-6868
astephenson@fandpnet.com
jcorace@fandpnet.com
*Attorneys for Defendant*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 6, 2022, the foregoing Joint Stipulation of Dismissal was electronically filed using the CM/ECF system, and was subsequently served by CM/ECF upon all counsel of record.

*/s/ Jessica B. Summers*
Jessica B. Summers, Esq.
